Don L. Myles, Bar #007464
Ryan D. Pont, Bar #033391
Jones, Skelton & Hochuli P.L.C.
40 North Central Ave., Suite 2700
Phoenix, AZ 85004
Tel: (602) 263-1743
Fax: (602) 200-7842
Email: dmyles@jshfirm.com
      rpont@jshfirm.com

*Attorneys for Defendant Massachusetts Mutual Life Insurance Company*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard C. Brenke,<br><br>    Plaintiff,<br><br>v.<br><br>Massachusetts Mutual Life Insurance Company; Treloar & Heisel, Inc.; John A. Adcock and Jane Doe Adcock,<br><br>    Defendants. | Case No.<br><br>**NOTICE OF REMOVAL**<br><br>(Removed from the Superior Court of Maricopa County, Arizona, Case No. CV2019-056962)<br><br>State Action Filed: November 20, 2019 |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Massachusetts Mutual Life Insurance Company ("MassMutual") hereby timely removes this action from the Superior Court of Maricopa County, Arizona, to the United States District Court for the District of Arizona and in support thereof avers as follows:

## BACKGROUND AND BASIS FOR REMOVAL

Plaintiff Richard Brenke commenced this action by filing a complaint on November 20, 2019, against MassMutual, Treloar & Heisel, Inc. ("T&H"), and John A. Adcock and Jane Doe Adcock (the "Adcocks") (collectively, "Defendants") in the Superior Court of Maricopa County, Arizona. As required by 28 U.S.C. § 1446(a), attached as Exhibit A are copies of all process, pleadings, orders, and other papers and exhibits filed in the state court.

8138262.1

1. On December 12, 2019, Plaintiff made service of process on MassMutual and T&H pursuant to Rule 4.2(h) of the Arizona Rules of Civil Procedure. On January 8, 2020, T&H consented to the removal of this action to the District of Arizona. Upon information and belief, Plaintiff has not made service of process on the Adcocks. Accordingly, this Notice of Removal is filed timely and in accordance with 28 U.S.C. § 1446 because it is filed within 30 days after receipt of Plaintiff's complaint, not more than a year from after commencement of the action, and with the consent of all defendants that have been served. *See* Ex. A.

2. This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship and amount in controversy exceeds $75,000.

3. As set forth in the complaint, Plaintiff is a citizen of the State of Arizona. Ex. A, at ¶1. MassMutual is a mutual life insurance company organized pursuant to the laws of the Commonwealth of Massachusetts with its principal place of business in Springfield, Massachusetts. *Id.* at ¶2. T&H is a corporation organized pursuant to the laws of the Commonwealth of Pennsylvania with its principal place of business in Pennsylvania. *Id.* at ¶3. The Adcocks are citizens of the State of Illinois. *Id.* at ¶4. Therefore, MassMutual is deemed a citizen of Massachusetts, T&H is deemed a citizen of Pennsylvania, and the Adcocks are deemed citizens of Illinois. There is complete diversity between the parties.

4. This action concerns Plaintiff's claim for disability income insurance benefits under Disability Income Policy No. 8467365 (the "Policy").

5. In the complaint, Plaintiff claims, among other things, that MassMutual breached the Policy when it determined that Plaintiff was not eligible for monthly benefits of approximately $17,000 from January 2018 through September 2018 (*i.e.*, nine months of benefits). *See* Ex. A, at ¶71-73. Accordingly, the amount in controversy is at least $153,000.

8138262.1

- 2 -

6. Because the amount in controversy exceeds $75,000 and complete diversity of citizenship exists between the parties, the matter is removable under 28 U.S.C. §§ 1332(a)(1), 1441, and 1446.

**VENUE AND PROCEDURAL REQUIREMENTS**

7. The Superior Court of Maricopa County is located within the District of Arizona. Thus, venue in this Court is proper under 28 U.S.C. § 1441(a).

8. A copy of this Notice of Removal and the accompanying filings will be served upon Plaintiff, and filed with the clerk of the Superior County of Maricopa County, as required by 28 U.S.C. § 1446(d).

WHEREFORE, MassMutual hereby removes the action filed in the Superior Court of Maricopa County to the United States District Court for the District of Arizona.

Dated: January 8, 2020

JONES, SKELTON & HOCHULI P.L.C.

By:_____
Don L. Myles Bar #007464
Ryan D. Pont, Bar #033391
Jones, Skelton & Hochuli P.L.C.
40 North Central Ave., Suite 2700
Phoenix, AZ 85004
Tel: (602) 263-1743
Fax: (602) 200-7842
Email: dmyles@jshfirm.com
       rpont@jshfirm.com

*Counsel for Defendant Massachusetts Mutual Life Insurance Company*

8138262.1

- 3 -

# CERTIFICATE OF SERVICE

I, Ryan Pont, hereby certify that on January 8, 2020, I caused a true and correct copy of the foregoing Notice of Removal to be served via electronic mail upon:

David S. Shugart
BEALE MICHAELS SLACK &
SHUGHART, P.C.
7012 N. 18th Street
Phoenix, AZ  85020
Tel.: (602) 957-0516
Email: dshughart@bmsslaw.com

Steven S. Guy
THE GUY LAW FIRM, PLLC
10105 E. Via Linda, Ste. 103
Scottsdale, AZ  85258
Tel.: (480) 767-3175
Email: steve@steveguylaw.com

*Attorneys for Plaintiff Richard Brenke*

8138262.1