David Shughart
Beale Micheaels & Slack
7012 N. 18th St
Phoenix, AZ 85020
(602) 285-1444

## IN THE DISTRICT COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Richard C. Brenke,
                Plaintiff,

Case Number: CV-20-00056-PHX-MTL

**AFFIDAVIT OF SERVICE**

vs.

**Massachusetts Mutual Life Insurance,**
                Defendant.

Received by Southwest Delivery Solutions Inc. on the 10th day of December, 2019 at 11:02 am to be served on John & Jane Doe Adcock, 1219 Boswell Lane, Naperville, IL 60564. I, __JACOB OSOJNAK__, being duly sworn, depose and say that on the __11th__ day of __DECEMBER__, 2019 at __8:05__ A.m., executed service by delivering a true copy of the **Summons, Complaint, Certificate of Arbitration, Certificate RE: Expert Opinions Pursuant to ARS 12-2602, Demand for Jury trial** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(✓) SUBSTITUTE SERVICE: By serving __SHANNON ADCOCK__ as __WIFE__.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or ( ) No   If yes, what branch? _____

Marital Status: ( ) Married or ( ) Single   Name of Spouse _____

COMMENTS: __WHT F 50 YRS OLD 5'4" 130LBS BRN HAIR__

## AFFIDAVIT OF SERVICE For CV-20-00056-PHX-MTL

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 31 day of Jan, 2020 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**OFFICIAL SEAL**
**ELSA SCHULTZ**
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES NOVEMBER 24TH, 2023

_____
PROCESS SERVER # 115. 002263
Appointed in accordance with State Statutes

Southwest Delivery Solutions Inc.
Process Division
P O Box 6253
Glendale, AZ 85312
(602) 266-5577

Our Job Serial Number: 2019000913
Ref: 41293

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c