**THE HASSETT LAW FIRM, P.L.C.**
1221 East Osborn Road
Suite 102A
Phoenix, Arizona 85014-5540
(602) 264-7474

Myles P. Hassett, No. 012176
mph@hassettlawfirm.com
Jamie A. Glasser, No. 029729
jamie@hassettlawfirm.com
David R. Seidman, No. 031663
drs@hassettlawfirm.com
*Attorneys for Defendants*
*Treloar & Heisel, Inc.,*
*John A. Adcock and Shannon Adcock*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Richard C. Brenke,<br><br>    Plaintiff,<br><br>v.<br><br>Massachusetts Mutual Life Insurance Company; Treloar & Heisel, Inc.; John A. Adcock and Jane Doe Adcock,<br><br>    Defendants.<br><br>Massachusetts Mutual Life Insurance Company,<br><br>    Counterclaimant,<br><br>v.<br><br>Richard C. Brenke,<br><br>    Counterdefendant. | No. 2:20-cv-56-MTL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this case in its entirety with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 30th day of October, 2020.

        THE HASSETT LAW FIRM, P.L.C.

        By: /s/ David R. Seidman
            MYLES P. HASSETT
            JAMIE A. GLASSER
            DAVID R. SEIDMAN
            *Attorneys for Defendants*
            *Treloar & Heisel, Inc.,*
            *John A. Adcock and Shannon Adcock*

        BEALE, MICHEAELS, SLACK & SHUGHART, P.C.

        By: /s/ David S. Shughart (with permission)
            DAVID S. SHUGHART
            *Co-Counsel for Plaintiff*

        DRINKER, BIDDLE & REATH, LLP

        By: /s/ Eric F. Au (with permission)
            ERIC F. AU
            *Attorney Pro Hac Vice for Defendant and*
            *Counter Claimant Massachusetts Mutual Life*
            *Insurance Company*

## CERTFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2020, I electronically transmitted a pdf copy of the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a copy of the electronic filing to the CM/ECF registrants; and a Copy of the foregoing Stipulation of Dismissal with Prejudice has also been separately transmitted to all counsel of record via email:

David S. Shughart, III, Esq.
Beale, Micheaels, Slack & Shughart, P.C.
7012 N. 18th Street
Phoenix, AZ 85020-5502
E-mail: dshughart@bmsslaw.com
*Attorney for Plaintiff and Counter Defendant*
*Richard C. Brenke*

Steven S. Guy, Esq.
The Guy Law Firm, PLLC
10105 E. Via Linda, Suite 103
Scottsdale, AZ 85258
E-mail: steve@steveguylaw.com
*Attorney for Plaintiff and Counter Defendant*
*Richard C. Brenke*

Donald L. Myles, Jr., Esq.
Clarissa B. Reiman, Esq.
Jones, Skelton & Hochuli P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004
E-mail: dmyles@jshfirm.com
E-mail: creiman@jshfirm.com
*Attorneys for Defendant Massachusetts*
*Mutual Life Insurance Company*

Eric F. Au, Esq.<br>
Katherine L. Villanueva, Esq.<br>
Drinker, Biddle & Reath, LLP<br>
One Logan Square<br>
18th & Cherry Street, Suite 2000<br>
Philadelphia, PA 19103-6996<br>
E-mail: eric.au@faegredrinker.com<br>
E-mail: Kate.Villanueva@faegredrinker.com<br>
*Attorney Pro Hac Vice for Defendant and Counter Claimant*<br>
*Massachusetts Mutual Life Insurance Company*

*/s/ Michele L. Glendenning*
31750/Stipulation for Dismissal